WONG YANG SUNG, appellant, v. Tom CLARK, Attorney General of the United States, Watson B. Miller, United States Commissioner of Immigration and Naturalization, appellees.

No. 10009.

United States Court of Appeals
District of Columbia Circuit.

Argued Feb. 8, 1949.

Decided April 4, 1949.

Mr. Leo J. Michaloski, of Washington, D. C., with whom Mr. Thomas A. Farrell, of Washington, D. C., was on the brief, for appellant.

Mr. L. Clark Ewing, Asst. U. S. Atty., of Washington, D. C., with whom Messrs. George Morris Fay, U. S. Atty., and Oliver O. Dibble and John D. Lane, Asst. U. S. Attys., all of Washington, D. C., were on the brief, for appellees.

Messrs. L. Paul Winings, Gen. Counsel, and Robert L. Jefferys, Atty., Immigration and Naturalization Service, both of Washington, D. C., were also on the brief for appellees.

Before EDGERTON, PRETTYMAN and PROCTOR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed on the opinion of Judge Holtzoff. Wong Yang Sung v. Clark, 80 F.Supp. 235. It is immaterial that appellant entered the United States legally. Azzollini et al. v. Watkins, 2 Cir., 172 F.2d 897.

---

Emil W. K. BECKMAN, appellant, v. Robert J. BARRETT, Major and Superintendent of Police, appellee.

No. 10157.

United States Court of Appeals
District of Columbia Circuit.

Argued April 1, 1949.

Decided April 18, 1949.

Writ of Certiorari Denied May 2, 1949.

See 69 S.Ct. 934.

Mr. James J. Laughlin, of Washington, D. C., for appellant.

Mr. William E. Owen also entered an appearance for appellant.

Mr. Victor C. Woerheide of the bar of the Supreme Court of Missouri, pro hac vice, by special leave of court, with whom Messrs. George Morris Fay, U. S. Atty., of Washington, D. C., and Loran Paul Winings, Gen. Counsel, Immigration and Naturalization Service, were on the brief, for appellant.

Miss Dorothy L. Fillius, Atty., Dept. of Justice, also entered an appearance for appellee.

Before EDGERTON, CLARK and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.